No. 95–1576. BORAWICK v. SHAY ET UX. C. A. 2d Cir. Motion of American Coalition for Abuse Awareness et al. for leave

to file a brief as *amici curiae* granted.   Certiorari denied.